IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:24-cr-00068 DAD |
|---|---|---|
| Plaintiff, | ) ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| SANDRO DUVAL, | ) ) | |
| Defendant. | ) ) | |

    The above-named defendant appeared in the Northern District of Georgia on a Rule 5 for our court, but has not appeared here yet. They seek appointed counsel. They have separately submitted a financial affidavit. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

    IT IS HEREBY ORDERED that Michael Hansen is appointed to represent the above defendant in this case effective *nunc pro tunc* to March 29, 2024.

    This appointment shall remain in effect until further order of this court.

DATED: 4/3/2024

                                                   /s/ Carolyn K. Delaney
                                                   _____
                                                   HON. CAROLYN K. DELANEY
                                                   United States Magistrate Judge