IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>SHELINA BISSETT,<br><br>　　　Defendant. | Case No. 2:24-CR-0068-DAD<br><br>**ORDER**<br><br>Date:　May 15, 2024<br>Time:　2:00 p.m.<br>Judge:　Hon. Chi Soo Kim |

　　　Pursuant to 18 U.S.C. §4285, the Court orders the United States Marshal to furnish Shelina Bissett and Sandro Duvall with the cost of travel from Atlanta, Georgia to Sacramento, California, so that they may attend court in Sacramento on May 15, 2024, at 2:00 p.m.  Ms. Bissett and Mr. Duvall will travel together on May 15, 2024. Additionally, the United States Marshal shall provide Ms. Bissett and Mr. Duvall with subsistence expenses for this period not to exceed the amount authorized as per diem allowance per person for travel under 5 U.S.C. §5702(a).

　　　Pursuant to 18 U.S.C. §3006A, the Court orders disbursement of Criminal Justice Act (CJA) funds to furnish Shelina Bissett and Sandro Duvall with the cost of food and incidental expenses while they are in Sacramento, California on May 15, 2024, in connection with their court appearance on May 15, 2024, at 2:00 pm.  It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Ms. Bissett and Mr. Duvall to return to their home in Atlanta, Georgia when that court proceeding is completed.  It is further ordered that to the extent practicable, the travel and

-2-

subsistence expenses shall not exceed the parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C.§ 5702(a).

It is further ordered that appointed counsel may advance the travel and subsistence funds to be disbursed from CJA funds. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated: May 9, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

**Travel Funding Memorandum  For CJA Clients**

As practicable, expenses must be held to the levels specified in this memorandum.

**Going over any of the specified expense levels may result in your own personal responsibility for all extra amounts**.

You must exercise the same care in incurring expenses that a reasonable person would exercise for personal business using his or her own money. Excess costs, unusual travel routes for your personal reasons, and/or excessive services are not acceptable. You will be responsible for excess costs.

Transportation to/from airport and to/from Court and attorney's office - *direct reasonable rate – preferably Uber/Lyft rate if you can access those applications. Travel unrelated to court proceedings will not be reimbursed.*

Hotel - *current government per diem rate – 2023 Sacramento $145/Fresno $113.*

*No reimbursement for room service, alcohol, in-room minibar or supplementary items, upgraded internet, pay television or movies, health club, or other similar expenses.*

Meals  *– Sacramento and Fresno - Breakfast $16/Lunch $17/Dinner $31. Meal reimbursement during travel and stay-over time only. Alcohol purchases will not be reimbursed.*