MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
WHITNEE GOINS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRO DUVAL and<br>SHELINA BISSETT,<br><br>Defendants. | CASE NO. 2:24-cr-00068 DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 7, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. This matter currently is set for a status conference on February 7, 2025, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4]. ECF 58.

2. By this stipulation, the parties request that this Court continue the status conference to April 4, 2025, at 9:30 a.m., and exclude time from February 7, 2025, through April 4, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

   a) The government has produced substantial discovery associated with this case that

includes investigative reports and related documents in electronic form totaling over 2,000 pages, as well as several video and audio recordings and surveillance photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, and conduct investigation and research related to those charges.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 7, 2025, to April 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 27, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ WHITNEE GOINS<br>MATTHEW THUESEN<br>WHITNEE GOINS<br>Assistant United States Attorneys |
| Dated: January 27, 2025 | /s/ MICHAEL E. HANSEN<br>MICHAEL E. HANSEN<br>Counsel for Defendant<br>SANDRO DUVAL |
| Dated: January 27, 2025 | /s/ DANICA MAZENKO<br>DANICA MAZENKO<br>Counsel for Defendant<br>SHELINA BISSETT |

IT IS SO ORDERED.

Dated: **January 28, 2025**

Dena Coggins
United States District Judge

3