1  MICHELE BECKWITH
   Acting United States Attorney
2  MATTHEW THUESEN
   WHITNEE GOINS
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,              CASE NO. 2:24-CR-00068 DC

                         Plaintiff,       STIPULATION REGARDING EXCLUDABLE
13                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                   v.                      [PROPOSED] FINDINGS AND ORDER
14
   SANDRO DUVAL and                        DATE: June 13, 2025
15 SHELINA BISSETT,                        TIME: 9:30 a.m.
                                           COURT: Hon. Dena Coggins
16                       Defendants.

17

18        The United States of America, by and through its counsel of record, and defendants, by and

19 through defendants' counsel of record, hereby stipulate as follows:

20        1.      This matter is set for a status conference on June 13, 2025, and time was excluded under

21 the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

22        2.      The parties now jointly request that this Court vacate the status conference currently

23 scheduled on June 13, 2025, and set a change of plea date on August 29, 2025 at 9:30 a.m.  The parties

24 also request that the court exclude time from June 13, 2025 through August 29, 2025, under 18 U.S.C.

25 § 3161(h)(7)(A), B(iv) [Local Code T4].

26        3.      The parties agree and stipulate, and request the Court find, the following:

27             a)      The government has produced substantial discovery associated with this case that

28 includes investigative reports and related documents in electronic form totaling over 2,000 pages,

                                                      1

as well as several video and audio recordings and surveillance photographs. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     While the parties anticipate the defendants will plead guilty on August 29, 2025, counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, and conduct investigation and research related to those charges.

c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 13, 2025, to August 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 15, 2025                                    MICHELE BECKWITH
                                                        Assistant United States Attorney


                                                        /s/ WHITNEE GOINS
                                                        MATTHEW THUESEN
                                                        WHITNEE GOINS
                                                        Assistant United States Attorneys

Dated:  May 15, 2025                                    /s/ MICHAEL E. HANSEN
                                                        MICHAEL E. HANSEN
                                                        Counsel for Defendant
                                                        SANDRO DUVAL

Dated:  May 15, 2025                                    /s/ DANICA MAZENKO
                                                        DANICA MAZENKO
                                                        Counsel for Defendant
                                                        SHELINA BISSETT

# FINDINGS AND ORDER

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation as to Defendants Sandro Duval and Shelina Bissett.  Accordingly, the Status Conference scheduled for June 13, 2025, at 9:30 a.m. is VACATED and a Change of Plea Hearing is SET for August 29, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between June 13, 2025 and August 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 19, 2025**

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT