ERIC GRANT
United States Attorney
MATTHEW THUESEN
WHITNEE GOINS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00068 DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| SANDRO DUVAL and SHELINA BISSETT, | DATE: January 23, 2026 TIME: 9:30 a.m. COURT: Hon. Dena Coggins |
| Defendants. | |

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      This matter currently is set for a Change of Plea on January 23, 2026, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

2.      By this stipulation, the parties request that this Court continue the Change of Plea to February 6, 2026, at 9:30 a.m., and exclude time from January 23, 2026, through February 6, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request the Court find, the following:

        a)      The government has produced substantial discovery associated with this case that

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

includes investigative reports and related documents in electronic form totaling over 10 megabytes of data, including several video and audio recordings and surveillance photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, and conduct investigation and research related to those charges.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2026, to February 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 16, 2026

ERIC GRANT
United States Attorney


/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorneys

Dated:  January 16, 2026

/s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant
SANDRO DUVAL

Dated:  January 16, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
SHELINA BISSETT

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS HEREBY ORDERED as to Defendants Sandro Duval and Shelina Bissett, the court, having received, read and considered the parties' stipulation filed on January 19, 2026, and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Change of Plea Hearing scheduled for January 23, 2026, is VACATED and RESET for February 6, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 23, 2026 and February 6, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 20, 2026**

_____

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4