ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00068 DC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING |
| v. | |
| SANDRO DUVAL and SHELINA BISSETT, | DATE: August 14, 2026 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      On March 21, 2024, the grand jury returned an indictment charging the defendants with one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h).

2.      On February 6, 2026, the defendants pleaded guilty to that count.

3.      This matter currently is set for a status conference regarding sentencing on May 8, 2026.

4.      Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court continue the status conference regarding sentencing to August 14, 2026.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE REGARDING SENTENCING

1

Dated:  April 30, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  April 30, 2026

/s/ MICHAEL HANSEN
MICHAEL HANSEN
Counsel for Defendant
Sandro Duval

Dated:  April 30, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
Shelina Bissett

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE REGARDING SENTENCING

2

**ORDER**

IT IS HEREBY ORDERED as to Sandro Duval and Shelina Bissett, the court, having received, read and considered the parties' stipulation filed on April 30, 2026 (Doc. No. 128), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference regarding Sentencing scheduled for May 8, 2026, is VACATED and RESET for August 14, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE REGARDING SENTENCING

3